# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND DIVISION

| | |
|---|---|
| JIM STREETY, individually, and on behalf of all others similarly situated, § § § | |
| *Plaintiff*, § | |
| v. § | CASE NO. 7:20-cv-00049-DC-RCG |
| § | |
| PARSLEY ENERGY OPERATIONS, LLC, § § § | |
| *Defendant*. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, named Plaintiff Jim Streety, opt-in Plaintiffs Andrew Fay, Anthony McCarty, Arnold Freeman, Benjamin Saunders, Brett Hayes, Cassidy Mattison, Charles Davidson, Clyde Breeden, Danny Odom, Donny Selman, Eric Cook, Eric Emonet, Jarad David, Jason Edwards, Jason Tuberville, Jody Solansky, Jordan Guidry, Joseph Lindley, Juan Lopez, Justin Gregg, Morris Rambo, Paul Plumlee, Richard Ledford and Defendant Parsley Energy Operations, LLC jointly stipulate to dismiss all claims and causes of action in the above-styled matter with prejudice, with each party to pay its own costs. This stipulation of dismissal includes all Plaintiffs in this case.

Respectfully submitted,

By: */s/ Richard M. Schreiber*
    Michael A. Josephson
    Andrew W. Dunlap
    Richard M. Schreiber
    JOSEPHSON DUNLAP LLP
    11 Greenway Plaza, Ste 3050
    Houston, TX 77046
    (713) 352-1100
    mjosephson@mybackwages.com
    adunlap@mybackwages.com
    rschreiber@mybackwages.com

    Richard J. Burch
    BRUCKNER BURCH PLLC
    11 Greenway Plaza, Suite 3025
    Houston, TX 77046
    (713) 877-8788
    rburch@brucknerburch.com

*Attorneys for Plaintiff Jim Streety*


By: */s/ Annette A. Idalski*
    Rachel M. Hoffer
    SEYFARTH SHAW LLP
    700 Milam, Suite 1400
    Houston, TX 77002
    (713) 225-2300
    rhoffer@seyfarth.com

    Annette A. Idalski
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E., Suite 2500
    Atlanta, GA 30309
    (404) 885-6698
    aidalski@seyfarth.com

*Attorneys for Defendant Parsley Energy Operations, LLC*

## **CERTIFICATE OF SERVICE**

      Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary because this document is being filed with the Court's electronic-filing system.